IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LERATO NOMVUYO MZAMANE,      :    CIVIL ACTION
                           :    NO. 08-4884
        Plaintiff,       :
                           :
        v.                :
                           :
OPRAH WINFREY, et al.,      :
                           :
        Defendants.      :

<u>O R D E R</u>

**AND NOW**, this **15th** day of **March, 2010**, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' motion for summary judgment is **DENIED in part** and **GRANTED in part** as follows:

    1.    Summary judgment is **DENIED** as to Plaintiff's defamation claims (Counts III, IV, V);

    2.    Summary judgment is **DENIED** as to Plaintiff's claim for false light invasion of privacy (Count I);

    3.    Summary judgment is **GRANTED** as to Plaintiff's claim for intentional infliction of emotional distress (Count II).

It is hereby further **ORDERED** that Defendants' motion for leave to file reply brief to Plaintiff's response to Defendants' motion for summary judgment (doc. no. 69) is **GRANTED.**

It is hereby further **ORDERED** that Plaintiff's motion to seal Exhibit D to Plaintiff's response in opposition to Defendants' motion for summary judgment (doc. no. 57) is **GRANTED.**

It is hereby further **ORDERED** that this matter is specially listed for trial to begin on **March 29 2010 at 9:30 a.m.,** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]


**AND IT IS SO ORDERED.**

 **S/Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**

---

[1] A final pretrial conference is **SCHEDULED** on **March 19, 2010, at 9:00 a.m.,** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.